IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD WALTER LAW, AN
INDIVIDUAL, IN PRO PER,
                    Appellant,
          vs.
PROGRESSIVE WEST INSURANCE
COMPANY; AND JOSE ALDANA,
                    Respondents.

No. 84067

FILED

JAN 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to dismiss. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Review of the notice of appeal, docketing statement, and other documents before this court reveals a jurisdictional defect. The challenged order is not appealable as a final judgment because, as appellant seems to concede in his docketing statement, appellant's claims against The University of Reno, Reno School of Medicine, Thomas Schwenk, and J. Epperson remain pending in the district court.[1] *See* NRAP 3A(b)(1) (allowing an appeal from a final judgment); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."). And no other statute or court rule appears to authorize an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court

---

[1]Appellant suggests that defendant Leah Warner was not served with process.

22-01709

"may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

cc:    Hon. Lynne K. Simons, District Judge
       Ronald Walter Law
       Dennett Winspear, LLP
       Washoe District Court Clerk